United States Bankruptcy Court
Southern District of Florida

In re:
Luz Marina Reyes
Debtor

Case No. 26-20826-PDR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 17, 2026 | Form ID: 309I | Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luz Marina Reyes, 6873 NW 179TH ST APT 303, Hialeah, FL 33015-7449 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: eservice@blancopa.com | Aug 18 2026 00:42:00 | Jose A Blanco, Jose A. Blanco, P.A., 102 E 49th ST, Hialeah, FL 33013 |
| tr | + | Email/Text: BNC@ch13miami.com | Aug 18 2026 00:43:00 | Nancy K. Neidich, www.ch13miami.com, POB 279806, Miramar, FL 33027-9806 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Aug 18 2026 00:42:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 18 2026 00:44:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | |
|---|---|
| Jose A Blanco | on behalf of Debtor Luz Marina Reyes eservice@blancopa.com Blanco.JoseA.R105197@notify.bestcase.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Luz Marina Reyes<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–9086 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: | 13 8/14/26 |
| Case number: | 26–20826–PDR | | |

# Notice of Chapter 13 Bankruptcy Case

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See boxes 8 and 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's Full Name** | Luz Marina Reyes | |
| **2. All Other Names Used in the Last 8 Years** | aka Luz Reyes, aka Luz M Reyes | |
| **3. Address** | 6873 NW 179TH ST APT 303<br>Hialeah, FL 33015 | |
| **4. Debtor's Attorney** (or Pro Se Debtor) Name and address | Jose A Blanco<br>Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013 | Contact phone (305) 349–3463 |
| **5. Bankruptcy Trustee** Name and address | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027 | Contact phone 954–443–4402 |
| **6. Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered**<br>All visitors (except minors accompanied by an adult) to any federal building or courthouse must present a current, valid government–issued photo identification. Documents in this case may be filed at this address. | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact phone (305) 714–1800<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **8/17/26** |
| **7. **MEETING OF CREDITORS****<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present. Creditors may attend, but are not required to do so. | **October 1, 2026 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING TO BE HELD BY VIDEO CONFERENCE***<br><br>**Go to www.Zoom.us, click on JOIN or call (954) 399–2956, Enter Meeting ID 603 731 5972, and Passcode 4054528990**<br><br>For additional meeting information visit: www.justice.gov/ust/moc |

**WARNING TO DEBTORS: YOUR CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING IF YOU DO NOT BEGIN MAKING PLAN PAYMENTS WITHIN 30 DAYS OF THE PETITION DATE OR CONVERSION DATE; YOU ARE NOT CURRENT ON PLAN PAYMENTS AS OF THE MEETING OF CREDITORS; OR THE COURT DENIES CONFIRMATION OF YOUR PLAN AND DENIES A REQUEST FOR MORE TIME TO FILE AN AMENDED PLAN.**

**8. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint to challenge dischargeability of certain debts:** — **Filing deadline: 11/30/26**

**You must file:**
- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or
- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).

**Deadline for all creditors to file a proof of claim (except governmental units):** — **Filing deadline: 10/23/26**

**Deadline for governmental units to file a proof of claim:** — **Filing deadline: 2/10/27**

**<u>When Filing Proofs of Claim:</u>** If the debtor is not represented by an attorney, you must serve copies of the proof of claim including all attachments on the debtor, via U.S. Mail, see Local Rule 3002–1(c). Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim.

**Deadlines for Filing Proof of Claim:**
A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to Object to Exemptions:** — **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors.
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection.

**9. Filing of Plan and Hearing on Confirmation**

The hearing on confirmation will be held on: **11/3/26** at **01:30 PM**, by **VIDEO CONFERENCE**. **<u>You must register in advance no later than 3:00 PM, one business day before the hearing.</u>** To register, click on or enter the following registration link in a browser:
https://www.zoomgov.com/meeting/register/vJltcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k
If the debtor filed a Chapter 13 Plan, it is included with this notice. If no Plan is filed, the Plan will be mailed to **ALL** parties in accordance with Local Rule 2002–1.

**Deadline to Object to Confirmation**

At the confirmation hearing on the plan, the court will consider all timely objections to confirmation and any filed motions to dismiss or convert the case. Except for objections to confirmation based on valuation of collateral in the plan or objections to attorney fee claims, **objections to confirmation of the plan must be in writing and filed no later than 14 days prior to the date first scheduled for hearing on confirmation, see Local Rule 3015–1(b).**

**Attorney Fee Claims**

Attorney fee applications and objections to attorney fees shall be heard at the confirmation hearing.

**10. Creditors with a Foreign Address**

Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**11. Filing a Chapter 13 Bankruptcy Case**

Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a Plan. A Plan is not effective unless the Court confirms it. You may object to Confirmation of the Plan and appear at the Confirmation hearing. The Confimation hearing will be held on the date shown in box 9 of this notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise.

**12. Discharge of Debts**

Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion.

**13. Option to Receive Notices Served by the Clerk by Email Rather than U.S. Mail**

A creditor may register to receive clerk–served notices and orders electronically at: https://bankruptcynotices.uscourts.gov. A debtor may register to receive clerk–served notices and orders electronically by filing local form Debtor's Request to Receive Notices Electronically Under DeBN Program.

**14. Interpreting Services at the Meeting of Creditors**

Upon request to the trustee, a telephone interpreter will be provided at no cost to any debtor who does not speak English. Anyone with a communication disability who requires assistance at the meeting of creditors should contact the U.S. Trustee's Office.